The Honorable Paul B. Snyder
Chapter 11
[No hearing required]

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC.,<br><br>Debtor. | Case No. 08-12229-MFW<br>District of Delaware<br><br>Chapter 11 |
| ESOPUS CREEK VALUE LP and<br>MICHAEL WILLINGHAM<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC.,<br><br>Defendant. | Adversary No. 10-04136<br><br>DEFENDANT WMI'S EX PARTE MOTION<br>TO EXCEED PAGE LIMITATION |

Washington Mutual, Inc. ("WMI") by its undersigned counsel, files this Ex Parte Motion for an Order allowing WMI to exceed the page limitations in Local Rule of Bankruptcy Procedure 9013-1(d)(1)(C).

WMI'S EX PARTE MOTION TO EXCEED
PAGE LIMITATION– 1

53000-0005/LEGAL18310426.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

The above-captioned adversary proceeding arises out of WMI's chapter 11 case currently pending in the U.S. Bankruptcy Court for the District of Delaware ("Delaware Bankruptcy Court").

Plaintiffs previously filed an action in Thurston County Superior Court seeking an order compelling WMI to hold a shareholders meeting (the "State Action"). WMI has now removed the State Action to this Court and by motion will seek an order transferring, staying, or dismissing this action in favor of the first-filed adversary proceeding in the Delaware Bankruptcy Court. Because of the complexity of the background of both the bankruptcy case and the State Action, the current page limit is insufficient to adequately address the issues involved in WMI's Motion to Transfer, Stay, or Dismiss the Instant Action.

Local Rule of Bankruptcy Procedure 9013(d)(1)(C) limits the length of non-dispositive motions to 12 pages. WMI's current Motion to Transfer, Stay or Dismiss is 16 pages. Because of the complexity of the issues involved, granting WMI an additional five pages serves the interests of justice by permitting the legal and factual issues to be fully addressed.

Finally, WMI agrees that if the Court grants permission for WMI to file an overlength motion, any opposition filed to its Motion to Transfer, Stay or Dismiss by Plaintiffs should be permitted to similarly exceed the current 12 page limitation on responsive memoranda and be no more than 16 pages. Consistent with these expansions, WMI respectfully requests that it be permitted to file a Reply brief of up to 8 pages.

WHEREFORE, WMI respectfully requests that the Court enter an Order, a proposed form of which is submitted herewith, authorizing WMI to file its Motion to Transfer, Stay,

WMI'S EX PARTE MOTION TO EXCEED
PAGE LIMITATION– 2

53000-0005/LEGAL18310426.2

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

or Dismiss the Instant Action notwithstanding the page limitation of Local Bankruptcy Rule 9013-1(d)(1)(C).

DATED: May 13, 2010

**PERKINS COIE LLP**

By: /s/ John S. Kaplan
John S. Kaplan, WSBA No. 23788
JKaplan@perkinscoie.com
William C. Rava, WSBA No. 29948
WRava@perkinscoie.com
David J. Burman, WSBA No. 10611
DBurman@perkinscoie.com
Penny Fields, WSBA No. 36024
PFields@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Washington Mutual, Inc.

WMI'S EX PARTE MOTION TO EXCEED
PAGE LIMITATION– 3

53000-0005/LEGAL18310426.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000