THE HONORABLE PAUL B. SNYDER

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC.,<br><br>　　　　　Debtor. | Case No. 08-12229-MFW<br>District of Delaware<br><br>Chapter 11 |
| ESOPUS CREEK VALUE LP and<br>MICHAEL WILLINGHAM<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WASHINGTON MUTUAL, INC.,<br><br>　　　　　Defendant. | Adversary No. 10-04136 |

**NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE, AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that pursuant to Federal rule of Bankruptcy Procedure 9010(b), WASHINGTON MUTUAL, INC., appears in this case by and through undersigned attorneys.

YOU ARE REQUESTED to serve all notices, including the notices required to be sent to creditors under Fed. R. Bankr. P. 2002, 4001 and 9007, on the undersigned at the address below.

NOTICE OF APPEARANCE (NO. 10-04136) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

53000-0005/LEGAL18321596.1

The foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, pleadings or papers seeking relief from stay, assumption or rejection of an executory contract or unexpired lease, or abandonment of an asset of the Debtor, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs and operating reports, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telecopier, or otherwise, and whether directed to parties in interest, generally or specifically. This request applies to documents served both before and after the last date upon which a proof of claim may be filed.

This Notice of Appearance, Request for Special Notice, and Request for Service of papers shall not be deemed or construed to be a waiver of the rights of WASHINGTON MUTUAL, INC. to: (i) have final Orders in non-core matters entered only after *de novo* review; (ii) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) have the Bankruptcy Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, set-offs or recoupment to which WASHINGTON MUTUAL, INC. is or may be entitled, all of which are expressly reserved.

The Clerk of the Bankruptcy Court is further requested to add the name and address stated below to the master mailing list in this case:

> John S. Kaplan
> Perkins Coie LLP
> 1201 Third Avenue, 48th Floor
> Seattle, WA 98101-3099
> Telephone: 206.359.8000
> Fax: 206.359.9000
> Email: JKaplan@perkinscoie.com

The undersigned herby also consents to email service, including ECF service, at the following email address: JKaplan@Perkinscoie.com

NOTICE OF APPEARANCE (NO. 10-04136) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

53000-0005/LEGAL18321596.1

DATED this 13th day of May, 2010.

**PERKINS COIE LLP**

By: /s/ John S. Kaplan
    John S. Kaplan, WSBA No. 23788
    JKaplan@perkinscoie.com
    William C. Rava, WSBA No. 29948
    WRava@perkinscoie.com
    David J. Burman, WSBA No. 10611
    DBurman@perkinscoie.com
    Penny Fields, WSBA No. 36024
    PFields@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Washington Mutual, Inc.

NOTICE OF APPEARANCE (NO. 10-04136) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

53000-0005/LEGAL18321596.1