THE HONORABLE PAUL B. SNYDER

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC.,<br><br>          Debtor. | Case No. 08-12229-MFW<br>District of Delaware<br><br>Chapter 11 |
| ESOPUS CREEK VALUE LP and<br>MICHAEL WILLINGHAM<br><br>          Plaintiffs,<br><br>   vs.<br><br>WASHINGTON MUTUAL, INC.,<br><br>          Defendant. | Adversary No. 10-04136<br><br>**DECLARATION OF FILING NOTICE OF REMOVAL WITH THE STATE COURT CLERK** |

John S. Kaplan states:

On May 13, 2010 I filed with the Clerk of the Superior Court of the State of Washington for Thurston County a copy of the Notice to Clerk of Superior Court of Removal, together with a copy of the Notice of Removal, by delivering such documents to theclerk for the Superior Court of Washington for Thurston County in Olympia, Washington. A conformed copy of the Notice to Clerk of Superior Court of Removal is attached hereto.

DECLARATION OF FILING NOTICE OF
REMOVAL WITH STATE COURT CLERK (NO.
10-04136) – 1
53000-0005/LEGAL18313533.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED this 13th day of May, 2010, at Seattle, Washington.

*s/ John S. Kaplan*
John S. Kaplan, WSBA No. 23788

DECLARATION OF FILING NOTICE OF REMOVAL WITH STATE COURT CLERK (NO. 10-04136) – 2
53000-0005/LEGAL18313533.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000



FILED
MAY 13 2010
SUPERIOR COURT
BETTY J. GOULD
THURSTON COUNTY CLERK

THE HONORABLE THOMAS MCPHEE

## SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR THURSTON COUNTY

| | |
|---|---|
| ESOPUS CREEK VALUE LP and MICHAEL WILLINGHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC.,<br><br>Defendant. | No. 10-2-00845-1<br><br>NOTICE TO CLERK OF SUPERIOR COURT OF REMOVAL<br><br>(Clerk's Action Required) |

TO:   Clerk of the Superior Court of the State of Washington for Thurston County

**NOTICE IS HEREBY GIVEN**, pursuant to 28 U.S.C. § 1446(d), that on May 13, 2010, defendant Washington Mutual, Inc filed in the U.S. District Court for the Western District of Washington, and by reference in the U.S. Bankruptcy Court for the Western

NOTICE TO CLERK OF SUPERIOR COURT
OF REMOVAL – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

53000-0005/LEGAL18313528.1

District of Washington, a Notice of Removal of the above entitled action. A copy of the Notice of Removal is attached hereto.

**YOU ARE ALSO ADVISED** that contemporaneous with filing of the attached copy of the Notice of Removal, the Superior Court of Washington for Thurston County ceased to have jurisdiction over this action and may proceed no further unless and until the case is remanded.

DATED this 13th day of May, 2010.

PERKINS COIE LLP

By: /s/ John S. Kaplan
John S. Kaplan, WSBA No. 23788
JKaplan@perkinscoie.com
William C. Rava, WSBA No. 29948
WRava@perkinscoie.com
David J. Burman, WSBA No. 10611
DBurman@perkinscoie.com
Penny Fields, WSBA No. 36024
PFields@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Washington Mutual, Inc.

NOTICE TO CLERK OF SUPERIOR COURT
OF REMOVAL – 2

53000-0005/LEGAL18313528.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000