THE HONORABLE PAUL B. SNYDER

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC.,<br><br>Debtor. | Case No. 08-12229-MFW<br>District of Delaware<br><br>Chapter 11 |
| ESOPUS CREEK VALUE LP and<br>MICHAEL WILLINGHAM<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC.,<br><br>Defendant. | Adversary No. 10-04136<br><br>CERTIFICATE OF SERVICE OF<br>REMOVAL AND RELATED<br>DOCUMENTS |

John S. Kaplan states:

On this date I caused to be served via hand delivery on counsel of record for plaintiffs, listed below, copies of the following documents:

1. Notice of Removal;

2. Declaration of William C. Rava;

3. Report of State Court Proceedings;

CERTIFICATE OF SERVICE OF NOTICE OF
REMOVAL AND RELATED DOCUMENTS (NO.
10-04136) – 1
53000-0005/LEGAL18313532.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. Notice to Superior Court Clerk of Removal;

5. Declaration of Filing Notice of Removal With State Court Clerk;

6. Notice to Plaintiff of Removal; and

7. Notice of Appearance.

**Counsel Served**:

Bert W. Markovich
Colin Folawn
Schwabe, Williamson & Wyatt, P.C.
1420 – 5th Ave., Suite 3400
Seattle, WA 98101

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED this 13th day of May, 2010, at Seattle, Washington.

*s/ John S. Kaplan*
John S. Kaplan, WSBA No. 23788

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND RELATED DOCUMENTS (NO. 10-04136) – 2

53000-0005/LEGAL18313532.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000