The Honorable Paul B. Snyder
Chapter 11
No Hearing Required

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re | Case No. 08-12229-MFW |
| | District of Delaware |
| WASHINGTON MUTUAL, INC., | |
| | Chapter 11 |
| Debtor. | |
| | |
| ESOPUS CREEK VALUE LP and | Adversary No. 10-04136 |
| MICHAEL WILLINGHAM | |
| | EX PARTE ORDER GRANTING |
| Plaintiffs, | DEFENDANT WMI'S EX PARTE MOTION |
| | TO EXCEED PAGE LIMITATION |
| vs. | |
| | |
| WASHINGTON MUTUAL, INC., | |
| | |
| Defendant. | |

THIS MATTER came before the Court on Defendant's Ex Parte Motion to Exceed

Page Limitation. WMI seeks an Order granting permission to file a 17 page Motion to

Transfer, Stay, or Dismiss the Instant Action. The Court, having considered WMI's motion

and the papers on file in this case, IT IS HEREBY ORDERED that Defendant's Ex Parte

Motion to Exceed Page Limitation is GRANTED.

ORDER GRANTING WMI'S EX PARTE
MOTION TO EXCEED PAGE LIMITATION–
1

53000-0005/LEGAL18312046.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

In addition, IT IS HEREBY ORDERED that any motion in opposition up to 17 pages in length may be filed by Plaintiffs. Pursuant to Local Bankruptcy Rule 9013-1(d)(1)(c), Defendant's Reply shall not exceed one half the permitted length of the opening brief. In this case, WMI's Reply may not exceed 8 pages in length.

# # #

_____

Paul B. Snyder
United States Bankruptcy Judge
(Dated as of Entered on Docket date above.)

Presented by:

**PERKINS COIE** LLP

By: /s/ John S. Kaplan
     John S. Kaplan, WSBA No. 23788
     William C. Rava, WSBA No. 29948
     David J. Burman, WSBA No. 10611
     Penny Fields, WSBA No. 36024
Attorneys for Defendant Washington Mutual, Inc.

ORDER GRANTING WMI'S EX PARTE
MOTION TO EXCEED PAGE LIMITATION–
2
53000-0005/LEGAL18312046.1

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000