The Honorable Paul B. Snyder
Chapter 11
Location: Courtroom H, Tacoma
Hearing Date: Friday, June 11, 2010
Hearing Time: 9:00 a.m.
Response Date: Friday, June 4, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re

WASHINGTON MUTUAL, INC.,

          Debtor.

Case No. 08-12229-MFW
District of Delaware
Chapter 11

ESOPUS CREEK VALUE LP and
MICHAEL WILLINGHAM

          Plaintiffs,

    vs.

WASHINGTON MUTUAL, INC.,

          Defendant.

Adversary No. 10-04136

**DEFENDANT WASHINGTON MUTUAL INC.'S NOTICE OF MOTION TO TRANSFER, STAY, OR DISMISS THE INSTANT ACTION**

     NOTICE IS HEREBY GIVEN that Defendant Washington Mutual, Inc. ("WMI")

has filed a Motion to Transfer, Stay, or Dismiss the Instant Action (the "Motion") seeking to

dismiss, stay, or in the alternative, transfer, Plaintiffs' action originally filed in the Superior

Court of the State of Washington, for the County of Thurston, to the U.S. District Court for

the District of Delaware, for referral to the U.S. Bankruptcy Court for the District of

DEFENDANT WASHINGTON MUTUAL
INC.'S NOTICE OF MOTION – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Delaware. The Motion is supported by the accompanying Declaration of William C. Rava and Declaration of Charles Edward Smith, each with exhibits thereto.

The Motion will be heard on June 11, 2010 at 9:00 a.m., before the Honorable Paul B. Snyder, U.S. Bankruptcy Judge, Courtroom H, United States Courthouse, 1717 Pacific Avenue, Suite 2100, Tacoma, Washington 98402-3233.

IF YOU OPPOSE the Motion, you must file your written response with the court clerk and serve a copy on the undersigned attorneys no later than **THE RESPONSE DATE, WHICH IS JUNE 4, 2010, AND MUST ALSO APPEAR AT THE HEARING.**

In the absence of timely objection or appearance, the Court may, in its discretion, grant the Motion prior to the hearing, without further notice, and strike the hearing.

Copies of the Motion and related pleadings are on file with the Court. You may also obtain copies from Rebecca Gregory, at Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101, telephone (206) 359-3626.

DATED: May 14, 2010

**PERKINS COIE LLP**

By: /s/ John S. Kaplan
_____
John S. Kaplan, WSBA No. 23788
JKaplan@perkinscoie.com
William C. Rava, WSBA No. 29948
WRava@perkinscoie.com
Penny Fields, WSBA No. 36024
PFields@perkinscoie.com

Attorneys for Defendant
WASHINGTON MUTUAL, INC.

DEFENDANT WASHINGTON MUTUAL
INC.'S NOTICE OF MOTION – 2

53000-0005/LEGAL18309800.1