The Honorable Paul B. Snyder
Chapter 11
Location: Courtroom H, Tacoma
Hearing Date: Friday, June 11, 2010
Hearing Time: 9:00 a.m.
Response Date: Friday, June 4, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC.,<br><br>Debtor. | Case No. 08-12229-MFW<br>District of Delaware<br><br>Chapter 11 |
| ESOPUS CREEK VALUE LP and<br>MICHAEL WILLINGHAM<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC.,<br><br>Defendant. | Adversary No. 10-04136<br><br>**DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF WASHINGTON MUTUAL, INC.'S MOTION TO TRANSFER, STAY, OR DISMISS THE INSTANT ACTION** |

I, William C. Rava, declare under 28 U.S.C. § 1746:

1. I am an attorney duly admitted to practice in the State of Washington and before this Court and a partner at Perkins Coie LLP, attorneys for Defendant Washington Mutual, Inc. ("WMI"). I submit this declaration in support of WMI's Motion to Transfer,

DECLARATION OF WILLIAM C. RAVA IN
SUPPORT OF WASHINGTON MUTUAL,
INC.'S MOTION TO TRANSFER – 1
53000-0005/LEGAL18307283.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Stay, or Dismiss the Instant Action based upon my personal knowledge, unless otherwise stated herein.

2. The Official Committee of WMI's Equity Security Holders ("Equity Committee") filed an adversary proceeding ("Adversary Proceeding") on March 3, 2010, in the Delaware Bankruptcy Court. The Adversary Proceeding has been assigned to Judge Mary Walrath.

3. The confirmation hearing for Debtors' proposed plan of reorganization is currently scheduled for July 20, 2010, in the U.S. Bankruptcy Court for the District of Delaware.

4. Attached hereto are true and correct copies of the following documents:

| Exhibit | Document |
|---|---|
| 1 | Equity Committee's Adversary Complaint, filed March 3, 2010, in the Delaware Bankruptcy Court |
| 2 | Equity Committee's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay, filed March 11, 2010, in the Delaware Bankruptcy Court |
| 3 | Debtor's Answer and Counterclaim to the Equity Committee's Complaint, filed April 7, 2010, in the Delaware Bankruptcy Court |
| 4 | WMI's Opposition to Equity Committee's Motion for Summary Judgment, filed April 7, 2010, in the Delaware Bankruptcy Court |
| 5 | Equity Committee's Answer to Debtor's Counterclaim, filed April 30, 2010, in the Delaware Bankruptcy Court |
| 6 | Order of the U.S. Bankruptcy Court for the District of Delaware, dated April 26, 2010 |
| 7 | Notice of Appointment of Committee of WMI's Equity Security Holders, dated January 11, 2010, in the Delaware Bankruptcy Court |
| 8 | Plaintiffs' Washington State Court Complaint, filed April 26, 2010 in Thurston County Superior Court |

DECLARATION OF WILLIAM C. RAVA IN
SUPPORT OF WASHINGTON MUTUAL,
INC.'S MOTION TO TRANSFER – 2
53000-0005/LEGAL18307283.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| Exhibit | Document |
|---|---|
| 9 | Plaintiffs' First Amended Complaint, filed May 4, 2010 in Thurston County Superior Court |
| 10 | Declaration of Andrew Sole in Support of Motion for Order to Compel Shareholders' Meeting, dated May 4, 2010 |
| 11 | Plaintiffs' Motion for Order to Compel a Shareholders' Meeting, filed May 5, 2010 |
| 12 | WMI's Notice of Removal, filed May 13, 2010 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: May 14, 2010          *s/ William C. Rava*
                                             William C. Rava, WSBA No. 29948

DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF WASHINGTON MUTUAL, INC.'S MOTION TO TRANSFER – 3

53000-0005/LEGAL18307283.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000