The Honorable Paul B. Snyder
Chapter 11
Location: Courtroom H, Tacoma
Hearing Date: Friday, June 11, 2010
Hearing Time: 9:00 a.m.
Response Date: Friday, June 4, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC.,<br><br>Debtor. | Case No. 08-12229-MFW<br>District of Delaware<br><br>Chapter 11 |
| ESOPUS CREEK VALUE LP and<br>MICHAEL WILLINGHAM<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC.,<br><br>Defendant. | Adversary No. 10-04136<br><br>PROOF OF SERVICE |

Constance O'Lague states:

On this date I caused to be served via hand delivery on counsel listed below copies of the following documents:

1. Defendant Washington Mutual Inc.'s Notice of Motion to Transfer, Stay, or Dismiss the Instant Action;

PROOF OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

53000-0005/LEGAL18327524.1

2. Defendant Washington Mutual Inc.'s Motion to Transfer, Stay, or Dismiss the Instant Action with [Proposed] Order attached;

3. Declaration of William C. Rava in Support of Washington Mutual Inc.'s Motion to Transfer, Stay, or Dismiss the Instant Action; and

4. Declaration of Charles Edward Smith in Support of Washington Mutual Inc.'s Motion to Transfer, Stay, or Dismiss the Instant Action.

**Counsel Served**:

Bert W. Markovich
Colin Folawn
Schwabe, Williamson & Wyatt, P.C.
1420 – 5th Ave., Suite 3400
Seattle, WA 98101

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED this 14th day of May, 2010, at Seattle, Washington.

*/s/ Constance O'Lague*
Constance O'Lague

PROOF OF SERVICE – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

53000-0005/LEGAL18327524.1