Judge: Paul B. Snyder
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA

| | |
|---|---|
| In Re<br><br>WASHINGTON MUTUAL, INC.,<br><br>Debtor. | Case No. 08-12229-MFW<br>District of Delaware<br>Chapter 11 |
| MICHAEL WILLINGHAM and ESOPUS CREEK VALUE LP,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation,<br><br>Defendant. | Adversary No. 10-04136<br><br>**NOTICE OF APPEARANCE** |

TO: Clerk of the Court, US Bankruptcy Court Western District of Washington

AND TO: All Parties and Counsel of Record

COME NOW, ESOPUS CREEK VALUE LP and MICHAEL WILLINGHAM, by and through their undersigned attorneys of record, Schwabe, Williamson & Wyatt, P.C., and without waiver of any objection as to personal jurisdiction, venue, process, service of process, or other claims or defenses in law or equity, does hereby appear in the above-entitled cause by the undersigned attorney and requests that all further correspondence and pleadings (except original process) herein be served upon the undersigned attorney at the

NOTICE OF APPEARANCE: CASE NO. 08-12229-MFW - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax: 206.292.0460

PDX/121991/175276/CJF/6011413.1

address below stated.

Dated this 21st day of May, 2010.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Colin Folawn
Colin Folawn, WSBA #34211
cfolawn@schwabe.com
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Facsimile: 206-292-0460

*Attorneys for Plaintiffs Michael Willingham and Esopus Creek Value, LP*

NOTICE OF APPEARANCE: CASE NO. 08-12229-MFW - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax: 206.292.0460

PDX/121991/175276/CJF/6011413.1