| | |
|---|---|
| | Judge: Paul B. Snyder |
| | Chapter 11 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA

| | |
|---|---|
| In Re | Case No. 08-12229-MFW |
| WASHINGTON MUTUAL, INC., | District of Delaware |
| Debtor. | Chapter 11 |
| MICHAEL WILLINGHAM and ESOPUS CREEK VALUE LP, | Adversary No. 10-04136 |
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | |
| WASHINGTON MUTUAL, INC., a Washington corporation, | |
| Defendant. | |

Mary A. Williams states:

On this date I caused to be served via the Court's CM/ECF electronic system and also via hand delivery on counsel listed below a copy of the following document:

**NOTICE OF APPEARANCE**

**Counsel Served:**
John S. Kaplan
William C. Rava
Penny Fields
David J. Burman
Perkins Coie LLP
1201 3rd Ave Ste 4800
Seattle WA 98101-3099
Telephone: (206) 359-8408/Fax: (206) 359-9408
E-mail: kaplj@perkinscoie.com
E-mail: wrava@perkinscoie.com

PROOF OF SERVICE: CASE NO. 08-12229-MFW - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax: 206.292.0460

PDX/121991/175276/CJF/6013137.1

| | |
|---|---|
| 1 | E-mail: pfields@perkinscoie.com |
| 2 | E-mail: dburman@perkinscoie.com |
| 3 | I declare under penalty of perjury that the foregoing is true and correct. |
| 4 | EXECUTED this 21st day of May, 2010, at Seattle, Washington. |

                                                    s/ Mary A. Williams
                                                    Mary A. Williams

PROOF OF SERVICE: CASE NO. 08-12229-MFW - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax: 206.292.0460

PDX/121991/175276/CJF/6013137.1