| | |
|---|---|
| | Judge: Paul B. Snyder<br>Chapter 11<br>Hearing Date: Friday, June 11, 2010<br>Hearing Time: 9:00 a.m.<br>Response Date: June 4, 2010 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA

| | |
|---|---|
| In Re<br><br>    WASHINGTON MUTUAL, INC.,<br><br>                  Debtor.<br>MICHAEL WILLINGHAM and ESOPUS CREEK VALUE LP,<br><br>                  Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation,<br><br>                  Defendant. | Case No. 08-12229-MFW<br>District of Delaware<br>Chapter 11<br><br>Adversary No. 10-04136<br><br>**PLAINTIFF ESOPUS CREEK VALUE LP and MICHAEL WILLINGHAM'S NOTICE OF MOTION TO REMAND, OR IN THE ALTERNATIVE TRANSFER FOR HEARING ON REMAND** |

NOTICE IS HEREBY GIVEN that Plaintiffs Esopus Creek Value LP and Michael Willingham have filed a Motion to Remand, or In the Alternative Transfer For Hearing on Remand seeking to remand, or in the alternative, transfer, Plaintiffs' action originally filed in the Superior Court of the State of Washington, for the County of Thurston. The Motion is supported by the accompanying Declaration of Colin J. Folawn, with exhibits thereto.

The Motion will be heard on June 11, 2010 at 9:00 A.M., before the Honorable Paul B. Snyder, U.S. Bankruptcy Judge, Courtroom H, United Stated Courthouse, 1717 Pacific Avenue, Suite 2100, Tacoma, Washington 98402-3233.

IF YOU OPPOSE the Motion, you must file your written response with the court clerk and serve a copy on the undersigned attorneys no later than **THE RESPONSE DATE,**

PLAINTIFF ESOPUS CREEK VALUE LP and MICHAEL WILLINGHAM'S NOTICE OF MOTION TO REMAND, OR IN THE ALTERNATIVE TRANSFER FOR HEARING ON REMAND - 1
PDX/121991/175276/CJF/6011547.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax: 206.292.0460

Case 10-04136-PBS   Doc 20-1   Filed 05/21/10   Entered 05/21/10 13:53:21   Page 1 of 2

**WHICH IS JUNE 4, 2010, AND MUST ALSO APPEAR AT THE HEARING.**

In the absence of timely objection or appearance, the Court may, in it discretion, grant the Motion prior to the hearing, without further notice, and strike the hearing.

Copies of the Motion and related pleadings are on file with the Court. You may also obtain copies from Mary A. Williams, at Schwabe, Williamson & Wyatt, P.C., 1420 Fifth Avenue, Suite 3400, Seattle, Washington 98101, telephone (206) 407-1568.

Dated this 21st day of May, 2010.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Colin Folawn
Colin Folawn, WSBA #34211
cfolawn@schwabe.com
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Facsimile: 206-292-0460

*Attorneys for Plaintiffs Michael Willingham and Esopus Creek Value, LP*

PLAINTIFF ESOPUS CREEK VALUE LP and MICHAEL WILLINGHAM'S NOTICE OF MOTION TO REMAND, OR IN THE ALTERNATIVE TRANSFER FOR HEARING ON REMAND - 2
PDX/121991/175276/CJF/6011547.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax: 206.292.0460

Case 10-04136-PBS    Doc 20-1    Filed 05/21/10    Entered 05/21/10 13:53:21    Page 2 of 2