UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re: WASHINGTON MUTUAL, INC.

08-1229-MFW
District of Delaware
No: Chapter 11, Adversary No. 10-04136

APPLICATION AND ORDER FOR
LEAVE TO APPEAR PRO HAC VICE

Debtor

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, BRIAN ROSEN hereby applies for permission to participate as counsel in the above-entitled action on behalf of WASHINGTON MUTUAL, INC. This application is based upon the following:

The particular need for my appearance and participation is: that, for more than 20 months, I and others at Weil, Gotshal & Manges LLP have been working with Debtor, Washington Mutual, Inc., in connection with its Chapter 11 case, including its Chapter 11 plan, related litigation and other matters arising from its bankruptcy filing and related events. My team and I have an intimate familiarity with WMI and its current status, as well as knowledge related to how Plaintiffs' claims in this particular matter might impact WMI in its other matters.

I, BRIAN ROSEN, understand that I am charged with knowing and complying with all applicable rules including General Order No. 4 which requires that I or local counsel file all papers electronically in the court's CM/ECF system. (I, BRIAN ROSEN, or local counsel, JOHN S. KAPLAN, will do so).

I have not been disbarred or formally censured by a Court of record or by a state bar association. There are no pending disciplinary proceedings against me.

I am in good standing of the New York bar, State of New York

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 6/4/10

Signature of Applicant Attorney

I have enclosed the required filing fee of $150.00 made payable to the U.S. District Court.

PLEASE COMPLETE SECOND PAGE OF THIS FORM.

APPLICATION AND ORDER FOR
LEAVE TO APPEAR PRO HAC VICE
18435855.pdf

| | | |
|---|---|---|
| 1 | | |
| 2 | Applicant's Name: | Brian Rosen |
| 3 | Applicant's Law Firm: | Weil, Gotshal & Manges, LLP |
| 4 | Applicant's Address: | 767 Fifth Avenue |
| 5 | | New York, NY 10153 |
| 6 | Telephone No: | (212) 310-8602 |
| 7 | | |

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant _____ BRIAN ROSEN _____ is unable to be present upon any date assigned by the court. If so indicated above, I will file all papers electronically.

DATED: June 4, 2010

s/ John S. Kaplan
Signature of Local Counsel

| | | |
|---|---|---|
| 16 | Local Counsel Name & Bar ID Number: | John S. Kaplan, WSBA No. 23788 |
| 17 | Local Counsel Law Firm: | Perkins Coie LLP |
| 18 | Local Counsel Address: | 1201 Third Avenue, Suite 4800 |
| 19 | | Seattle, WA 98101 |
| 20 | Telephone No: | (206) 359-8000 |

## ORDER

It is ordered that the foregoing application is APPROVED

DATED: _____

_____
UNITED STATES BANKRUPTCY JUDGE

APPLICATION AND ORDER FOR
LEAVE TO APPEAR PRO HAC VICE
(rev. 02-01-05)
18435855.pdf