The Honorable Paul B. Snyder
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC.,<br><br>        Debtor. | Case No. 08-12229-MFW<br>District of Delaware<br><br>Chapter 11 |
| ESOPUS CREEK VALUE LP and<br>MICHAEL WILLINGHAM<br><br>        Plaintiffs,<br><br>   vs.<br><br>WASHINGTON MUTUAL, INC.,<br><br>        Defendant. | Adversary No. 10-04136<br><br>PROOF OF SERVICE |

Constance O'Lague states:

On this date I caused to be served via electronic delivery on counsel listed below a copy of the (1) *Washington Mutual, Inc.'s Opposition to Plaintiffs' Motion to Remand or, in the Alternative, Transfer for Hearing on Remand*, and (2) *Declaration of William C. Rava In Support of Washington Mutual Inc's Opposition to Plaintiffs' Motion to Remand or, in the Alternative, Transfer For Hearing on Remand*.

PROOF OF SERVICE – 1

53000-0005/LEGAL18449453.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Bert W. Markovich, bmarkovich@schwabe.com
Colin Folawn, cfolawn@schwabe.com
Mary Williams, mawilliams@schwabe.com

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED this 4th day of June, 2010, at Seattle, Washington.

*/s/ Constance O'Lague*
Constance O'Lague

PROOF OF SERVICE – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

53000-0005/LEGAL18449453.1