UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re: WASHINGTON MUTUAL, INC.

Debtor

08-1229-MFW
District of Delaware
No: Chapter 11, Adversary No. 10-04136

APPLICATION AND ORDER FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, BRIAN ROSEN hereby applies for permission to participate as counsel in the above-entitled action on behalf of WASHINGTON MUTUAL, INC. This application is based upon the following:

The particular need for my appearance and participation is: that, for more than 20 months, I and others at Weil, Gotshal & Manges LLP have been working with Debtor, Washington Mutual, Inc., in connection with its Chapter 11 case, including its Chapter 11 plan, related litigation and other matters arising from its bankruptcy filing and related events. My team and I have an intimate familiarity with WMI and its current status, as well as knowledge related to how Plaintiffs' claims in this particular matter might impact WMI in its other matters.

I, BRIAN ROSEN, understand that I am charged with knowing and complying with all applicable rules including General Order No. 4 which requires that I or local counsel file all papers electronically in the court's CM/ECF system. (I, BRIAN ROSEN, or local counsel, JOHN S. KAPLAN, will do so).

I have not been disbarred or formally censured by a Court of record or by a state bar association. There are no pending disciplinary proceedings against me.

I am in good standing of the New York bar, State of New York

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 6/4/10.

[signature]
Signature of Applicant Attorney

**I have enclosed the required filing fee of $150.00 made payable to the U.S. District Court.**

PLEASE COMPLETE SECOND PAGE OF THIS FORM.

Applicant's Name: Brian Rosen

Applicant's Law Firm: Weil, Gotshal & Manges, LLP

Applicant's Address: 767 Fifth Avenue
New York, NY 10153

Telephone No: (212) 310-8602

STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant BRIAN ROSEN is unable to be present upon any date assigned by the court. If so indicated above, I will file all papers electronically.

DATED: June 4, 2010

s/ John S. Kaplan
Signature of Local Counsel

Local Counsel Name & Bar ID Number: John S. Kaplan, WSBA No. 23788

Local Counsel Law Firm: Perkins Coie LLP

Local Counsel Address: 1201 Third Avenue, Suite 4800
Seattle, WA 98101

Telephone No: (206) 359-8000

ORDER

It is ordered that the foregoing application is APPROVED.

DATED: ____________________

United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

APPLICATION AND ORDER FOR LEAVE TO APPEAR PRO HAC VICE
(rev. 02/01/05)
18435855.pdf