

**SCHWABE, WILLIAMSON & WYATT**
ATTORNEYS AT LAW

US Bank Centre, 1420 5th Ave., Suite 3400, Seattle, WA 98101-4010 | Phone 206.622.1711 | Fax 206.292.0460 | www.schwabe.com

**COLIN FOLAWN**
Admitted in Washington
Direct Line: 206-407-1500
E-Mail: cfolawn@schwabe.com

June 8, 2010

United States District Court at Tacoma - Western
    District of Washington
1717 Pacific Ave
Tacoma, WA 98402

    Re:    Esopus Creek v. Washington Mutual
           Cause No. 10-04136
           Our File No.: 121991/175276

Dear Sir or Madam:

      We are requesting that the Court change our client's name from "Esopus Creek Village LP" to "Esopus Creek Value LP ". This appears to have been a typographical error at some point. We thank you in advance for your cooperation.

                                      Best regards,

                                      SCHWABE, WILLIAMSON & WYATT, P.C.

                                      Colin Folawn

CJF:msl

Portland, OR 503.222.9981 | Salem, OR 503.540.4262 | Bend, OR 541.749.4044
Seattle, WA 206.622.1711 | Vancouver, WA 360.694.7551 | Washington, DC 202.488.4302

PDX/121991/175276/CJF/6085456.1