Judge: Paul B. Snyder
Chapter 11
Hearing Date: Friday, June 11, 2010
Hearing Time: 10:30 a.m.
Response Date: Friday, June 4, 2010

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA

| | |
|---|---|
| In Re<br><br>WASHINGTON MUTUAL, INC.,<br><br>Debtor. | Case No. 08-12229-MFW<br>District of Delaware<br>Chapter 11 |
| MICHAEL WILLINGHAM and ESOPUS CREEK VALUE LP,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation,<br><br>Defendant. | Adversary No. 10-04136<br><br>**PROOF OF SERVICE** |

Debbie Brooks states:

On this date I caused to be served via the Court's CM/ECF electronic system and also via hand delivery on counsel listed below copies of the following documents:

1. Reply Memorandum in Support of Plaintiffs' Motion to Remand, or in the Alternative Transfer for Hearing on Remand;

2. Supplemental Declaration of Colin Folawn in Support of Motion to Remand, or in the Alternative Transfer for Hearing on Remand; and

3. Proof of Service.

PROOF OF SERVICE: CASE NO. 08-12229-MFW - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax: 206.292.0460

PDX/120885/171058/DGB/6083054.1

| | |
|---|---|
| 1 | **Counsel Served:** |
| 2 | John S. Kaplan |
| 3 | William C. Rava |
| | Penny Fields |
| 4 | David J. Burman |
| | Perkins Coie LLP |
| 5 | 1201 3rd Ave Ste 4800 |
| | Seattle WA 98101-3099 |
| 6 | Telephone: (206) 359-8408 |
| 7 | Facsimile: (206) 359-9408 |
| | E-mail: kaplj@perkinscoie.com |
| 8 | E-mail: wrava@perkinscoie.com |
| | E-mail: pfields@perkinscoie.com |
| 9 | E-mail: dburman@perkinscoie.com |
| 10 | I declare under penalty of perjury that the foregoing is true and correct. |
| 11 | EXECUTED this 8th day of June, 2010, at Seattle, Washington. |
| 12 | |
| 13 | /s/ Debbie Brooks<br>Debbie Brooks |

PROOF OF SERVICE: CASE NO. 08-12229-MFW - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax: 206.292.0460

PDX/120885/171058/DGB/6083054.1