The Honorable Paul B. Snyder
Chapter 11
Hearing Date: Friday, June 11, 2010
Hearing Time: 10:30 a.m.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC.,<br><br>Debtor. | Case No. 08-12229-MFW<br>District of Delaware<br><br>Chapter 11 |
| ESOPUS CREEK VALUE LP and<br>MICHAEL WILLINGHAM<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC.,<br><br>Defendant. | Adversary No. 10-04136<br><br>**BRIAN ROSEN DECLARATION RE: REPLY IN SUPPORT OF WASHINGTON MUTUAL, INC.'S MOTION TO TRANSFER, STAY, OR DISMISS THE INSTANT ACTION** |

Brian Rosen declares:

1. I am a partner with the law firm of Weil, Gotshal & Manges, LLP ("WG&M"), and am one of the attorneys representing Defendant, Washington Mutual, Inc. ("WMI"), in this case. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

BRIAN ROSEN DECLARATION (NO. 08-12229-MFW)–1

53000-0005/LEGAL18462147.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

2. For more than 20 months, I and others at WG&M have been working with WMI in connection with its chapter 11 case, including the development and negotiation of its chapter 11 plan, related litigation and other matters arising from its bankruptcy filing and related events. In that regard, WG&M has represented WMI in the Adversary Proceeding recently filed by the Equity Committee in the Delaware Bankruptcy Court that seeks to compel WMI to hold an annual meeting of shareholders.

3. On or about May 17, 2010, Steve Sussman, lead counsel for the Equity Committee in the Adversary Proceeding pending in the Delaware Bankruptcy Court, called me to ask me whether WMI would agree to transfer this case from this Court to Delaware while reserving the Plaintiffs' right to seek remand from the Delaware Bankruptcy Court.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of June, 2010, at New York, New York.


                        /s/ Brian Rosen
                        BRIAN ROSEN

BRIAN ROSEN DECLARATION (NO. 08-12229-MFW)–2

53000-0005/LEGAL18462147.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000